UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Carlos Daniel Hernandez Cuicas,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 1:26-cv-06985-KES-FJS (HC)

(A-Number: 243-033-838)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

Doc. 6

Petitioner Carlos Daniel Hernandez Cuicas was a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the petition for writ of habeas corpus as moot, as an immigration judge had granted petitioner release on bond and he was no longer in immigration detention. Doc. 6. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. No objections were filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636 (b)(1), the court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 28, 2026, Doc. 6, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED, as moot; and
3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE